JOAN JACOBS LEVIE, #179787
2014 Tulare Street, Suite 528
Fresno, California 93721
Telephone:  (559)498-8155
Facsimile:  (559)498-8165

Attorney for Defendant, Paul Kent Cassel

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL KENT CASSEL,<br><br>Defendant. | CASE NO.:CR-F-00-5431 REC<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

   IT IS HEREBY STIPULATED by and between the parties and their attorneys, Jonathan Conklin, counsel for the Government, and Joan Jacobs Levie, counsel for defendant PAUL KENT CASSEL, that the sentencing hearing, currently scheduled for November 9, 2005, be continued until December 14, 2005 before the Hon. Lawrence J. O'Neill, United States Magistrate Judge presiding.
   The reasons for this stipulation are to allow sufficient time to acquire the defendant's medical records to be copied and provided by U.C. Irvine Medical Center to counsel and U.S. Probation to prepare the presentence report and counsel's sentencing memoranda.  A continuance until mid-December is necessary to accommodate a two to three week medical leave for Ms. Levie.
//
//

DATED:     October 14, 2005

By:   /S/ Joan Jacobs Levie
JOAN JACOBS LEVIE
*Attorney for Defendant*
PAUL KENT CASSEL

DATED:

By:   /S/Jonathan Conklin
JONATHAN CONKLIN
*Assistant U.S. Attorney*

* * * * *

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on December 14, 2005 at 10:00 a.m.

IT IS SO ORDERED.

Dated:    October 14, 2005              /s/ Lawrence J. O'Neill

b9ed48                      UNITED STATES MAGISTRATE JUDGE