...
...

**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
**2014 TULARE STREET, SUITE 528**
**FRESNO, CALIFORNIA  93721**
**TELEPHONE: (559)498-8155**
**FACSIMILE:  (559)498-8165**

Attorney for Appellant, Paul Kent Cassel

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL KENT CASSEL,<br><br>        Defendant.<br>_____ | CASE NO.:03-10683<br><br>***STIPULATION TO EXTEND BRIEFING TIME FOR SENTENCING MEMORANDUM; ORDER***<br><br>Date:   12/14/05<br>Time:   10:00 a.m.<br>Court:  The Hon. Lawrence J. O'Neill |

***IT IS HEREBY STIPULATED** by and between the parties and their attorneys, Jonathan Conklin, counsel for the Government, and Joan Jacobs Levie, counsel for defendant* PAUL KENT CASSEL*, that the briefing schedule for the sentencing memoranda be modified as follows:*

*Defendant's sentencing memorandum due November 30, 2005.*

*Plaintiff's sentencing memorandum due December 7, 2005.*

*There will be no change to the date of the sentencing hearing scheduled on December 14, 2005 at 10:00 a.m.*

*The reason for the change in schedule is due to the late receipt by defense counsel on November 18, 2005 of the Advisory Guideline Addendum to Presentence Investigation Report prepared by U.S. Probation.*

*DATED:     December 2, 2005*

-1-

|  |  |  |
|---|---|---|
|  | By: | /S/Joan Jacobs Levie |
|  |  | JOAN JACOBS LEVIE<br>Attorney for Defendant<br>PAUL KENT CASSEL |

**DATED:    December 2, 2005**

|  |  |  |
|---|---|---|
|  | By: | /S/Jonathan Conklin |
|  |  | ***JONATHAN CONKLIN***<br>***Assistant U.S. Attorney*** |

*\* \* \* \* \**

### *ORDER*

*IT IS HEREBY ORDERED that the briefing schedule will be modified in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on December 14, 2005 at 10:00 a.m. (nunc pro tunc).*

IT IS SO ORDERED.

**Dated:    December 2, 2005**                    **/s/ Lawrence J. O'Neill**

b9ed48                                                                   UNITED STATES MAGISTRATE JUDGE

-2-