JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559)498-8155
FACSIMILE: (559)498-8165

Attorney for Appellant, Paul Kent Cassel

FILED

DEC - 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL KENT CASSEL, <br><br> Defendant. | CASE NO.:00-5431 <br><br> **STIPULATION TO EXTEND BRIEFING TIME FOR SENTENCING MEMORANDUM; ORDER** <br><br> Date: 12/14/05 <br> Time: 10:00 a.m. <br> Court: The Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties and their attorneys, Jonathan Conklin, counsel for the Government, and Joan Jacobs Levie, counsel for defendant PAUL KENT CASSEL, that the briefing schedule for the sentencing memoranda be modified as follows:

Defendant's sentencing memorandum due November 30, 2005.

Plaintiff's sentencing memorandum due December 7, 2005.

There will be no change to the date of the sentencing hearing scheduled on December 14, 2005 at 10:00 a.m.

The reason for the change in schedule is due to the late receipt by defense counsel on November 18, 2005 of the Advisory Guideline Addendum to Presentence Investigation Report prepared by U.S. Probation.

DATED: November 21, 2005

By: /S/Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
PAUL KENT CASSEL

DATED: November 21, 2005

By: /S/Jonathan Conklin
JONATHAN CONKLIN
Assistant U.S. Attorney

\* \* \* \* \*

## ORDER

*IT IS HEREBY ORDERED that the briefing schedule will be modified in accordance with the above stipulation of counsel. The defendant is ordered to return to court for further proceedings on December 14, 2005 at 10:00 a.m.* Order is nunc pro tunc.

DATED: Dec 1, 2005

By: [signature]
LAWRENCE J. O'NEILL
United States Magistrate Judge