PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

# FILED

MAR 2 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA** )
)
vs. ) **Docket Number: 1:00CR05431-01**
)
**PAUL KENT CASSELL** )
)

On December 14, 2005, the above-named was placed on probation for a period of 4 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ James E. Herbert

**James E. Herbert
Supervising United States Probation Officer**

Dated:   February 9, 2007
         Fresno, California
         JEH

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

March 2, 2007
Date

Lawrence J. O'Neill
**United States District Judge**

JEH
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG